**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2020

**BY ECF**
The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007



Re:   *United States* v. *Jose Alvarez*, 19 Cr. 622 (DLC)

Dear Judge Cote:

The Government respectfully submits this letter, with the consent of counsel to defendant Jose Alvarez, to request the trial scheduled to commence on April 8, 2020, and all corresponding interim deadlines, be adjourned for at least two months, until no earlier than June 8, 2020.

The defendant intends to plead guilty pursuant to a written plea offer extended to the defendant in February 2020. Defense counsel, however, is currently out of the District and, due to the COVID-19 pandemic, does not expect he will be able to return to the District for a change-of-plea proceeding prior to April 8, 2020.

The Government requests that time be excluded between April 8, 2020, and June 8, 2020, or the date of the trial, whichever is later, under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial.

This is the first request by either party for an adjournment of the trial date.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ _____
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

cc:   Irving Cohen, Esq. (by ECF)

```
Granted.  The trial date is extended to June 8, 2020.
Under the Speedy Trial Act, time is excluded from April
8 to June 8.   3.22.2020.
```

_____
DENISE COTE
United States District Judge