UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    19cr0622 (DLC)
                                     :
           -v-                       :    ORDER
                                     :
JOSE ALVAREZ, a/k/a "Junior",        :
                                     :
           Defendant.                :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

On March 22, 2020, this Court granted the parties' request to adjourn the April 8 trial date to June 8 in light of the COVID-19 outbreak. On March 23, defense counsel submitted a letter requesting that the defendant be released on bail pending the June 8 trial date. The Government in its March 24 letter, opposes the request. Accordingly, it is hereby

ORDERED that for the reasons set forth in the Government's letter, the request for bail is denied.

IT IS FURTHER ORDERED that the letters dated March 23 and March 24, 2020 shall be filed under seal.

Dated:    New York, New York
          March 24, 2020

                          _____
                                  DENISE COTE
                          United States District Judge