UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        19cr0622 (DLC)
                                          :
        -v-                               :           ORDER
                                          :
JOSE ALVAREZ, a/k/a "Junior",             :
                                          :
              Defendant.                  :
                                          :
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2020

DENISE COTE, District Judge:

    The defendant, Jose Alvarez, having requested that his

attorney obtain a copy of his medical records from the

Metropolitan Correctional Center ("MCC") in order that his

attorney may assist him in getting him adequate medical care

and in applying for release on bail, it is hereby

    ORDERED that the Bureau of Prisons and Warden of the MCC

shall promptly provide Irving Cohen, Esq., counsel for

Alvarez, USM number 87131-054, a copy of all medical records

in its possession relating to Alvarez.


Dated:    New York, New York
          April 14, 2020


                                    _____
                                            DENISE COTE
                                    United States District Judge