```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
  UNITED STATES OF AMERICA,              :    19cr0622 (DLC)
                                         :
             -v-                         :    ORDER
                                         :
  JOSE ALVAREZ, a/k/a "Junior",          :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The defendant, Jose Alvarez, having requested that his attorney obtain a copy of his medical records from Brookdale University Medical Center, One Brookdale Plaza, New York 11212, in order that his attorney may assist him in getting him adequate medical care and in applying for release on bail, it is hereby

ORDERED that Brookdale University Medical Center shall promptly provide Irving Cohen, Esq., counsel for Alvarez, a copy of all medical records in its possession relating to Alvarez, date of birth October 26, 1982, who was treated at Brookdale University Medical Center from approximately April 2017 through September 2019.

Dated:   New York, New York
         May 8, 2020

_____
DENISE COTE
United States District Judge