```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :      19cr0622 (DLC)
                                          :
          -v-                             :           ORDER
                                          :
JOSE ALVAREZ, a/k/a "Junior",             :
                                          :
               Defendant.                 :
                                          :
------------------------------------------X
```
DENISE COTE, District Judge:

 An Order of March 22, 2020 granted the parties' request to adjourn the April 8 trial date to June 8.  The Order excluded time under the Speedy Trial Act until June 8.

 Due to the COVID-19 pandemic, there is uncertainty as to when jury trials will recommence in the Southern District of New York.  The Chief Judge has suspended all jury trials indefinitely, and at least until June 1, 2020.

 Accordingly, it is hereby

 ORDERED that the June 8 trial date is rescheduled for September 8, 2020.

 IT IS FURTHER ORDERED that time is excluded in this action from today until September 8, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the circumstances created by the COVID-19 pandemic prevent the conduct of a jury trial for at least this period of time, and that the interests of justice

supporting this exclusion outweigh the best interests of the defendants and the public in a speedy trial.

IT IS FURTHER ORDERED that any objection to this Order must be filed by **May 29, 2020**.

Dated:  New York, New York
        May 22, 2020

```
            _____
                  DENISE COTE
            United States District Judge
```