UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :      S2 19Cr0622 (DLC)
                                           :
            -v-                            :      ORDER
                                           :
JOSE ALVAREZ,                              :
                                           :
                        Defendant.         :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-21-2020

The defendant having pled guilty on September 18, 2020, it is hereby

ORDERED that the sentence date is set for **December 18, 2020 11 a.m.**

IT IS FURTHER ORDERED that defense sentencing submission shall be due **December 4;** Government's response due **December 11.**

Dated:   New York, New York
         September 21, 2020

                              _____
                                      DENISE COTE
                              United States District Judge