```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :      19cr622-02 (DLC)
                                         :
            -v-                          :           ORDER
                                         :
 JOSE ALVAREZ,                           :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced on December 18, 2020 at 11:00 a.m.  The Court has since been informed that the sentencing proceeding must be adjourned to a different date.  In addition, due to the recent spike in COVID-19 cases, an in-court proceeding may not be available to the defendant.  Accordingly, it is hereby

ORDERED that the sentencing proceeding is rescheduled for **December 16, 2020** at **3:00 p.m.**

IT IS FURTHER ORDERED that defense counsel shall respond to the following question by **December 11, 2020**:

> If an in-court sentencing proceeding is unavailable, does the defendant consent to be sentenced at a videoconference proceeding?

If the defendant consents to be sentenced at a videoconference proceeding, either as a matter of preference or because an in-court proceeding is unavailable, please complete

and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         December 7, 2020

                                                DENISE COTE
                                 United States District Judge