```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
   UNITED STATES OF AMERICA,            :      19cr622 (DLC)
                                        :
              -v-                       :      ORDER
                                        :
   JOSE ALVAREZ,                        :
                                        :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Jose Alvarez has written to the Court to request information regarding the availability of additional good time credit for federal inmates incarcerated during the COVID-19 pandemic. Alvarez is hereby

NOTIFIED that the Bureau of Prisons, and not the Court, is responsible for calculating release dates and awarding any available good time credit.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to Alvarez and note mailing on the docket.

Dated:   New York, New York
         September 29, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge